### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Crecensiano Martinez-Medina, | ) |
| | ) |
| Plaintiff, | ) |
| | )    Case No. 18-cv-8139 |
| v. | ) |
| | )    Illinois State Court Case No. |
| Siegwerk USA, Inc., a Delaware | )    2018 L 1205 |
| Corporation, d/b/a Siegwerk Environmental | ) |
| Inks; and Siegwerk USA, Inc., a Delaware | ) |
| Corporation, d/b/a Siegwerk Chemicals | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

NOW COMES the Defendant, Siegwerk USA, Inc. (herein after "Siegwerk"), sued herein as Siegwerk Environmental Inks, and Siegwerk Chemicals, by their attorneys, PATTON & RYAN LLC, and pursuant to 28 U.S.C § 1446, herby petition this Court for removal based on 28 U.S.C §§1332 and 1446. In support of this Notice, Defendant respectfully states as follows:

### Introduction

1. On or about October 23, 2018, an action was commenced in the DuPage County Circuit Court, entitled CRECENSIANO MARTINEZ-MEDINA, Plaintiff, versus SIEGWERK USA, INC., a Delaware Corporation d/b/a SIEGWERK ENVIRONMENTAL INKS; and SIEGWERK USA, INC., a Delaware Corporation, d/b/a SIEGWERK CHEMICALS, Defendants, Case Number **2018 L 001205** (hereinafter referred as the "Action"). The Complaint is attached hereto as **Exhibit "A."**

2. Upon information and belief, Defendant, Siegwerk, was served on or about November 21, 2018 by electronic means.

### Basis for Removal

3. Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principle place of business. See 28 U.S.C. §1332(c)(1).

4. Defendant, Siegwerk USA, Inc., is a foreign corporation organized under the laws of Delaware, with its principle place of business located in the State of Iowa.

5. Upon information and belief, Plaintiff, Crecensiano Martinez-Medina, is domiciled in the city of Berwyn, Cook County, Illinois, and is therefore a citizen of the State of Illinois.

6. In accordance with Illinois Trial Rules, Plaintiff did not specifically quantify the amount of damages sought in the Complaint.

7. The Defendants have a good faith belief that the Action exceeds $75,000.00 given the permanent injuries and damages alleged by the Plaintiff, excluding interest, costs, and attorney fees.

8. Because the Action is between citizens of different states and because the Action exceeds $75,000, this Court has original jurisdiction under 28 U.S.C. §1332.

9. Because this Court has original jurisdiction, this matter is properly removed pursuant to 28 U.S.C. §1441.

10. Venue is proper in the Northern District of Illinois, Eastern Division, because this District embraces the place where the removed action was originally filed per 28 U.S.C. §1441.

11. Plaintiff has provided a jury demand in the state court action.

12. Defendants also desire a trial by jury.

WHEREFORE, Defendant, Siegwerk USA, Inc., sued as Siegwerk Environmental Inks, and Siegwerk Chemicals, respectfully requests that this matter be removed from the DuPage

County Circuit Court, State of Illinois, to the United States District Court, Northern District of Illinois, Eastern Division.

Dated:   December 11, 2018        Respectfully submitted,

                                  **PATTON & RYAN LLC**

                          By:     /s/ *James A. Garfield*
                                  One of the Attorneys for the Defendants

John W. Patton, Jr.
Heather Snider
James Garfield
PATTON & RYAN LLC
330 N. Wabash Ave., Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
JGarfield@pattonryan.com

3

IN THE CIRCUIT COURT

FOR THE EIGHTEENTH JUDICIAL CIRCUIT

DUPAGE COUNTY, ILLINOIS



CRECENSIANO MARTINEZ-MEDINA,      )
                                  )
              Plaintiff;          )          2018L001205
                                  )
                                  )
    vs.                           )     Case No. 2018-L-____
                                  )
SIEGWERK USA INC., a Delaware     )
Corporation, d/b/a SIEGWERK       )
ENVIRONMENTAL INKS; and           )
SIEGWERK USA INC., a Delaware     )
Corporation, d/b/a SIEGWERK       )
CHEMICALS,                        )
                                  )
              Defendants.         )

## C O M P L A I N T

Now comes the plaintiff, Crecensiano Martinez-Medina, by his attorneys, Hassakis & Hassakis, P.C. and Weiss Ortiz, P.C., and for his complaint against the defendants, Siegwerk USA Inc., a Delaware corporation, d/b/a Siegwerk Environmental Inks; and Siegwerk USA Inc., a Delaware corporation, d/b/a Siegwerk Chemicals, state as follows:

### COUNT I
(Negligence - Crecensiano Martinez-Medina vs. Siegwerk USA Inc., a Delaware Corporation, d/b/a Siegwerk Environmental Inks)

For his complaint against the defendant, Siegwerk USA Inc. a Delaware corporation, d/b/a Siegwerk Environmental Inks, plaintiff Crecensiano Martinez-Medina states as follows:

i

**EXHIBIT**
_A_

1. That at all times relevant hereto plaintiff was and still is a resident of the City of Berwyn, Cook County, Illinois.

2. That at all times relevant hereto, defendant, Siegwerk USA Inc., a Delaware Corporation d/b/a Siegwerk Environmental Inks, was a corporation existing by virtue of law and authorized to do business within the State of Illinois.

3. That on or about November 15, 2016 plaintiff Crecensiano Martinez-Medina was employed by Patrick Industries, Inc., d/b/a Gravure, Inc. and was engaged in providing various services to said defendant on its premises in Bensenville, DuPage County, Illinois.

4. That at said time and place aforesaid, defendant Siegwerk USA Inc., a Delaware corporation, d/b/a Siegwerk Environmental Inks, was engaged in the business of providing printing and packaging services in Bensenville, DuPage County, Illinois and elsewhere.

5. That at said time and place aforesaid, plaintiff, Crecensiano Martinez-Medina, while engaged in providing labor services at defendant's Bensenville site, and while handling and moving large containers of caustic acid, suffered severe and disfiguring injuries to his left leg, foot and other body parts, and all as more specifically described hereafter.

6. That at said time and place aforesaid, defendant, Siegwerk USA Inc., a Delaware corporation, d/b/a Siegwerk Environmental Inks, was in charge of the containers of caustic acid

2

on said premises and did then and there commit one, more than one, or all of the following careless and negligent acts or omissions:

    (a) Failed to ascertain that the container of high concentration caustic acid was properly sealed to avoid endangering others there and then on the premises and when moving and handling said product; and

    (b) Failed to provide a safe and secure site for plaintiff to perform his required duties as well as providing appropriate gloves, tools and equipment for safe handling of such product, thereby leading to said plaintiff's injuries and damages as herewith stated;

    (c) Failed to sequester or secure such container in such manner so that plaintiff could perform his required duties safely and without fear of injury or harm;

    (d) Failed to warn plaintiff of the nature of such high concentration caustic acid on the premises, resulting in injuries to said plaintiff as hereinafter stated; and

    (e) Failed to provide a safety shower or other protections readily available to plaintiff upon contact with high concentrations of caustic acid, as occurred in this situation, all to the further injury to said plaintiff as hereinafter stated.

7. That as a direct and proximate result of one, more than one, or all of the foregoing negligent and careless acts or omissions on the part of defendant, Siegwerk USA Inc., a Delaware Corporation, d/b/a Siegwerk Environmental Inks, plaintiff Crecensiano Martinez-Medina has sustained severe and disfiguring injuries to his leg, foot and other body parts, has suffered and

3

will continue to suffer in the future mental and physical pain and anguish; and plaintiff has incurred and become liable for medical attention, care, treatment and services in an effort to be cured of said injuries, and is reasonably likely to incur future medical bills for treatment of his injuries; and plaintiff has been unable to perform his work and activities as he has in the past resulting in lost wages and/or benefits; all the foregoing damages being to the harm and injury of the plaintiff and all to his damage in a substantial sum of money.

WHEREFORE, plaintiff, Crecensiano Martinez-Medina, prays judgment against defendant, Siegwerk USA Inc., a Delaware Corporation, d/b/a Siegwerk Environmental Inks, in an amount in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00), plus his costs of suit.

<center>

**COUNT II**

(Negligence – Crecensiano Martinez-Medina
vs. Siegwerk USA Inc., a Delaware Corporation,
d/b/a Siegwerk Chemicals)

</center>

For his complaint against the defendant, Siegwerk USA Inc. a Delaware corporation, d/b/a Siegwerk Chemicals, plaintiff Crecensiano Martinez-Medina states as follows:

1. That at all times relevant hereto plaintiff was and still is a resident of the City of Berwyn, Cook County, Illinois.

2. That at all times relevant hereto, defendant, Siegwerk USA

<center>4</center>

Inc., a Delaware Corporation d/b/a Siegwerk Chemicals, was a corporation existing by virtue of law and authorized to do business within the State of Illinois.

3. That on or about November 15, 2016 plaintiff Crecensiano Martinez-Medina was employed by Patrick Industries, Inc., d/b/a Gravure, Inc. and was engaged in providing various services to said defendant on its premises in Bensenville, DuPage County, Illinois.

4. That at said time and place aforesaid, defendant Siegwerk USA Inc., a Delaware corporation, d/b/a Siegwerk Chemicals, was engaged in the business of providing printing and packaging services in Bensenville, DuPage County, Illinois and elsewhere.

5. That at said time and place aforesaid, plaintiff, Crecensiano Martinez-Medina, while engaged in providing labor services at defendant Bensenville site, and while handling and moving large containers of caustic acid, suffered severe and disfiguring injuries to his left leg, foot and other body parts, and all as more specifically described hereafter.

6. That at said time and place aforesaid, defendant, Siegwerk USA Inc., a Delaware corporation, d/b/a Siegwerk Chemicals, was in charge of the containers of caustic acid on said premises and did then and there commit one, more than one, or all of the following careless and negligent acts or omissions:

(a) Failed to ascertain that the container of high concentration caustic acid was properly sealed to avoid endangering others there and then

5

on the premises and when moving and handling said product; and

(b) Failed to provide a safe and secure site for plaintiff to perform his required duties as well as providing appropriate gloves, tools and equipment for safe handling of such product, thereby leading to said plaintiff's injuries and damages as herewith stated;

(c) Failed to sequester or secure such container in such manner so that plaintiff could perform his required duties safely and without fear of injury or harm;

(d) Failed to warn plaintiff of the nature of such high concentration caustic acid on the premises, resulting in injuries to said plaintiff as hereinafter stated; and

(e) Failed to provide a safety shower or other protections readily available to plaintiff upon contact with high concentrations of caustic acid, as occurred in this situation, all to the further injury to said plaintiff as hereinafter stated.

7. That as a direct and proximate result of one, more than one, or all of the foregoing negligent and careless acts or omissions on the part of defendant, Siegwerk USA Inc., a Delaware Corporation, d/b/a Siegwerk Chemicals, plaintiff Crecensiano Martinez-Medina has sustained severe and disfiguring injuries to his leg, foot and other body parts, has suffered and will continue to suffer in the future mental and physical pain and anguish; and plaintiff has incurred and become liable for medical attention, care, treatment and services in an effort to be cured of said injuries, and is reasonably likely to incur future medical bills for treatment

6

of his injuries; and plaintiff has been unable to perform his work and activities as he has in the past resulting in lost wages and/or benefits; all the foregoing damages being to the harm and injury of the plaintiff and all to his damage in a substantial sum of money.

WHEREFORE, plaintiff, Crecensiano Martinez-Medina, prays judgment against defendant, Siegwerk USA Inc., a Delaware Corporation, d/b/a Siegwerk Chemicals, in an amount in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00), plus his costs of suit.

HASSAKIS & HASSAKIS, P.C. and
WEISS ORTIZ, P.C., Attorneys for
Plaintiff, CRECENSIANO
MARTINEZ-MEDINA

By_____
Mark D. Hassakis
ARDC No. 01151452
DuPage Co. No. 296955

7

## DEMAND FOR TRIAL BY JURY

Now comes the plaintiff by their attorneys, Hassakis & Hassakis, P.C. and Weiss Ortiz, P.C., and hereby demands a jury trial in the above cause by a jury of twelve persons.

<div style="margin-left:50%">

HASSAKIS & HASSAKIS, P.C. and
WEISS ORTIZ, P.C., Attorneys
for Plaintiff, CRENCENSIANO
MARTINEZ-MEDINA

By_____
    Mark D. Hassakis
    ARDC No. 01151452
    DuPage Co. No. 296955

</div>

Attorneys for Plaintiff:
HASSAKIS & HASSAKIS, P.C.
206 So. 9th Street, Suite 201
Post Office Box 706
Mt. Vernon, Illinois 62864
(618) 244-5335
(618) 244-5330 (fax)
mhass@hassakislaw.com

WEISS ORTIZ, P.C.
Adeena Weiss Ortiz
DuPage County No. 296524
7000 West Archer Avenue
Chicago, Illinois 60638
(773) 498-4498
(312) 276-3040 (fax)
weissortizlaw@gmail.com

8

IN THE CIRCUIT COURT

FOR THE EIGHTEENTH JUDICIAL CIRCUIT

DUPAGE COUNTY, ILLINOIS

CRECENSIANO MARTINEZ-MEDINA,      )
                                  )
               Plaintiff;         )
                                  )
vs.                               )     Case No. 2018-L-___         **2018L001205**
                                  )
SIEGWERK USA INC., a Delaware     )
Corporation, d/b/a SIEGWERK       )
Environmental Inks; and           )
SIEGWERK USA INC., a Delaware     )
Corporation, d/b/a SIEGWERK       )
Chemicals,                        )
                                  )
               Defendants.        )

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(b)

The undersigned, being first duly sworn, under oath, state pursuant to Supreme Court Rule 222(b), after consultation with plaintiff, that he believes that the money damages involved in this case will exceed $50,000.00.

_____
Mark D. Hassakis
DuPage Co. No. 296955

Subscribed and sworn to before me this 22 day of _____, 2018, A.D.

_____
Notary Public

J MICHELLE SINEGAR
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 19, 2019

9