## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Crecensiano Martinez–Medina

                Plaintiff,

v.
                                    Case No.: 1:18–cv–08139
                                    Honorable Jeffrey Cole

Siegwerk USA, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2019:

      MINUTE entry before the Honorable Jeffrey Cole: Motion hearing held. There being no objection, plaintiff's motion for joinder and remand [35] is granted. However, as noted in the wherefore clause of the motion the plaintiff's request is for an order "joining as party defendant EMCO Chemical Distributor Inc., and remanding this case to the Circuit Court of Cook County, Illinois." Therefore, the plaintiff must first file an amended complaint naming the new defendant against whom joinder is sought. Thereafter, the case will be remanded to the Circuit Court of Cook County, Illinois and the present defendant will, with the agreement of the plaintiff, be dismissed with prejudice. See generally Imber v. Home Depot USA Inc., 2018 WL 5977923 (N.D.Ill. 2018). Plaintiff is given to 3/21/2019 to file the amended complaint. Once that is done, counsel should call chambers at 312–435–5601 and inform the court that the amended complaint has been filed. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.