**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Crecensiano Martinez–Medina

                              Plaintiff,

v.                                                          Case No.: 1:18–cv–08139
                                                            Honorable Jeffrey Cole

Siegwerk USA, Inc., et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 14, 2019:

     MINUTE entry before the Honorable Jeffrey Cole: Defendant Siegwerk USA Inc is dismissed with prejudice. This case is hereby remanded to the Circuit Court of Cook County. The Clerk of Court is directed to transfer this case to the Circuit Court of Cook County forthwith. Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.